# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TERRICK ALFRED WILLIAMS, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:16-CV-33 RWS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent, ) | |

## MEMORANDUM AND ORDER

Before the Court is movant's motion to stay this closed § 2255 action, citing to the Supreme Court case of *Beckles v. United States*, 136 S.Ct. 2510 (2016). Because the Eighth Circuit Court of Appeals denied movant authorization to file a successive application for habeas corpus brought pursuant to 28 U.S.C. § 2255 on October 13, 2016, this Court must deny movant's motion for stay.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for stay [Doc. #10] is **DENIED**.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

Dated this 28th day of March, 2017.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE